UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| JB, *Individually and as parent and next friend of* GB, *a minor,* ET AL., <br><br> PLAINTIFFS <br><br> v. <br><br> WELLS-OGUNQHIT COMMUNITY SCHOOL DISTRICT, <br><br> DEFENDANT | CIVIL NO. 2:13-CV-11-DBH |

**ORDER ON APPEAL OF RULING OF THE MAGISTRATE JUDGE**

The plaintiffs' objection to the Magistrate Judge's Memorandum Decision for Leave to Present Additional Evidence is **OVERRULED**. The order denying leave to present additional evidence is neither clearly erroneous nor contrary to law.

SO ORDERED.

DATED THIS 3RD DAY OF SEPTEMBER, 2013

/s/D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**